DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH P. AKOWSKEY,**
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC,**
Appellee.

No. 4D17-2160

[April 26, 2018]

Appeal and cross-appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Belanger, Judge; L.T. Case No. 2014-CA-002440.

Jeffrey M. Clyman of Steele Law, Hobe Sound, for appellant/cross-appellee.

Morgan W. Bates and Allison Morat of Pearson Bitman, LLP, Maitland, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***